396 A.2d 31

Commonwealth v. Frederick Johnson, Appellant.

Submitted December 30, 1977. Arthur L. Gutkin, for appellant; Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.